IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> DASHAWN WILLIAMS, <br> Defendant. | Case №: 2:13-cr-0366 KJM <br><br> **O R D E R** <br> **APPOINTING COUNSEL** |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 18 USC § 2119 – Carjacking

Panel attorney, Clemente Jimenez, is hereby appointed effective November 12, 2013.

DATED: 11/15/2013

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

ORDER APPOINTING COUNSEL